# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY A. KALAN, M.D., INC., ET AL, HARVEY KALAN, DEBORAH KALAN, WILSHIRE PALISADES LAW GROUP, P.C., DAVID I. LEFKOWITZ and NORMA LEFKOWITZ,**<br>Plaintiffs,<br><br>v.<br><br>**KORESKO FINANCIAL LP, JOHN J. KORESKO, V., LAWRENCE KORESKO , CIBC WORLD MARKETS CORP., BARRY BOSCOE, PENN MUTUAL LIFE INSURANCE COMPANY, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON-PILOT LIFE INSURANCE COMPANY and DOES 1-50,**<br>Defendants. | CIVIL ACTION<br><br>NO. 14-5216 |

## ORDER

**AND NOW**, this 13th day of April 2020, upon consideration of Defendant CIBC World Markets Corporation's Motion to Dismiss (ECF 93), Plaintiffs' Response thereto (ECF 96) and the parties' supplemental briefing (ECF 102 & 103), **IT IS ORDERED** that Defendant's motion is **GRANTED** and Defendant CIBC World Markets Corporation is **DISMISSED** for lack of jurisdiction.

                                                    **BY THE COURT:**

                                                    **/s/Wendy Beetlestone, J.**

                                                    _____

                                                    **WENDY BEETLESTONE, J.**