## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY A. KALAN, M.D., INC.,** **HARVEY KALAN, DEBORAH KALAN,** **Plaintiffs,** | **CIVIL ACTION** |
| **v.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and JEFFERSON-PILOT LIFE INSURANCE COMPANY,** **Defendants.** | **NO. 14-5216** |

## O R D E R

**AND NOW**, this 12th day of August, 2022, upon consideration of Plaintiffs' Motion for Partial Summary Judgment (ECF No. 128), Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion (ECF Nos. 132, 136), Plaintiffs' Brief in Opposition to Defendants' Motion and in Support of its Motion (ECF No. 137-39), Defendants' Reply Brief in Further Support of its Motion (ECF No. 142), and the Parties' Joint Appendix in support of their Motions (ECF No. 145), **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED** as to: (1) Plaintiffs' ERISA Claims under 29 U.S.C. § 1132(a)(3); (2) Plaintiffs' RICO Claims under 18 U.S.C. § 1962(c) and 18 U.S.C. § 1962(d), which claims are **HEREBY DISMISSED**.

2. The Parties' Motions are **DENIED** in all other respects.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**